Case: 1:23-cv-03386 Document #: 10-1 Filed: 01/28/25 Page 1 of 2 PageID #:18

# EXHIBIT A

**Cases Subject to Mead Johnson's Motion for Entry of an Order to Show Cause**

| Case Caption | Case Number | Date Filed |
|---|---|---|
| *Hogan, Aneesha v. Abbott Laboratories, et al.* | 1:23-cv-03386 | 6/1/2023 |
| *Larsen, Flora v. Mead Johnson & Company, LLC, et al.* | 1:23-cv-15479 | 10/30/2023 |
| *Pacheco, Misty v. Abbott Laboratories et al.* | 1:24-cv-00861 | 1/12/2024 |
| *Hoaglin, Stephanie v. Abbott Laboratories, et al.* | 1:24-cv-03548 | 5/1/2024 |
| *Sutton, Jacklyn v. Mead Johnson Nutrition Company, et al* | 1:24-cv-02799 | 4/8/2024 |
| *Walker, Antonio v. Abbott Laboratories, Inc. et al.* | 1:24-cv-00783 | 1/30/2024 |