# EXHIBIT C

**Kelsch, Iwona**

| | |
|---|---|
| **From:** | Stacy Hauer <shauer@johnsonbecker.com> |
| **Sent:** | Friday, January 17, 2025 8:11 AM |
| **To:** | O'Rourke, Michael; Timothy Becker |
| **Cc:** | SJ NEC MDL; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com; Witte, Jamie; Caleb J. Treuer |
| **Subject:** | [EXTERNAL] RE: Correspondence in Larsen v. Mead Johnson & Company, et al (23-cv-15479) (MDL 3026) |

Michael,

To provide you an update, we paid an invoice for additional records in response to the subpoena. After receipt of the funds, the facility advised that they placed the records in the U.S. Mail. While it has been more than two weeks, the records have not arrived. They were not sent in a trackable manner. If we have not received them by next week, I plan to ask the facility to send us a second copy of the records in some form of trackable manner or electronically. We will provide the records upon receipt.

STACY HAUER | PARTNER
JOHNSON // BECKER PLLC

Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Toll Free: 800-279-6386, ext. 806
Direct: 612-436-1806
Facsimile: 612-436-1801
shauer@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1806 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

**From:** O'Rourke, Michael <morourke@steptoe.com>
**Sent:** Wednesday, January 15, 2025 12:25 PM
**To:** Stacy Hauer <shauer@johnsonbecker.com>; Timothy Becker <tbecker@johnsonbecker.com>
**Cc:** SJ NEC MDL <sjnecmdl@Steptoe.com>; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com; Witte, Jamie <jwitte@steptoe.com>
**Subject:** RE: Correspondence in Larsen v. Mead Johnson & Company, et al (23-cv-15479) (MDL 3026)

Hi Stacy,

I am writing to follow up on the below. Please provide Mead Johnson with the referenced records, including a pincite indicating where in the records a Mead Johnson product is identified, on or before January 21. If you are unable to do so, Mead Johnson intends to request relief from the Court pursuant to CMO 12.

Best,

1

**Michael Andrew O'Rourke**
Associate

# Steptoe

Steptoe LLP | 227 West Monroe Street Suite 4700 | Chicago, IL 60606
+1 312 577 1239 direct | morourke@steptoe.com | www.steptoe.com  | Steptoe Bio

---

**From:** Stacy Hauer <shauer@johnsonbecker.com>
**Sent:** Monday, December 23, 2024 8:33 AM
**To:** O'Rourke, Michael <morourke@steptoe.com>; Timothy Becker <tbecker@johnsonbecker.com>
**Cc:** SJ NEC MDL <sjnecmdl@Steptoe.com>; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com
**Subject:** [EXTERNAL] RE: Correspondence in Larsen v. Mead Johnson & Company, et al (23-cv-15479) (MDL 3026)

Michael –

Consistent with CMO 12, we served a subpoena on the facility in April, 2024.  We have followed up with the facility on multiple occasions to provide the materials requested in the subpoena, including as recently as last week.  We were provided an invoice for additional records and anticipate we will be receiving the records shortly.  We will provide the records upon receipt.

Stacy

STACY HAUER | PARTNER

JOHNSON // BECKER PLLC

Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Toll Free: 800-279-6386, ext. 806
Direct: 612-436-1806
Facsimile: 612-436-1801
shauer@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1806 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

**From:** O'Rourke, Michael <morourke@steptoe.com>
**Sent:** Tuesday, December 17, 2024 1:24 PM
**To:** Timothy Becker <tbecker@johnsonbecker.com>; Stacy Hauer <shauer@johnsonbecker.com>
**Cc:** SJ NEC MDL <sjnecmdl@Steptoe.com>; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com
**Subject:** Correspondence in Larsen v. Mead Johnson & Company, et al (23-cv-15479) (MDL 3026)

Counsel,

The Complaint and Plaintiff Profile Form in the above-referenced matter do not specifically allege that the infant received a Mead Johnson product, nor has Plaintiff produced any medical records showing that a Mead Johnson product

was fed to the infant in this case, as required by Case Management Order No. 12 (CMO 12), Section III.A.3.   All cases that fail to demonstrate that Mead Johnson supplied the healthcare facility with the type of preterm infant nutrition administered to the infant must either "(a) dismiss or (b) amend the operative Complaint to dismiss Mead Johnson" within 120 days after the entry of the Order.  CMO 12, III.C.6.a. CMO 12 was entered more than 120 days ago on May 6, 2024.

Accordingly, we ask that you immediately produce medical records identifying the Mead Johnson product fed to this infant or dismiss Mead Johnson.  If you fail to do so by December 24, we intend to file a motion to show cause, as contemplated by CMO 12. III.C.6.B.

Thank you,

**Michael Andrew O'Rourke**
Associate

Steptoe
Steptoe LLP | 227 West Monroe Street Suite 4700 | Chicago, IL 60606
+1 312 577 1239 direct | morourke@steptoe.com | www.steptoe.com  | Steptoe Bio

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.